FILED

8/8/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | No. CV 19-18-BU-SEH<br><br>ORDER |

On August 8, 2019, at 2:50 p.m., Plaintiff filed a Rule 41(a) Notice of Dismissal Without Prejudice and a motion to vacate the hearing set for August 9, 2019.[1] On the same date, the Court held a conference with counsel for both parties. Upon stipulation of the parties and in accordance with Rule 41(a), Fed. R. Civ. P.,

---

[1] Doc. 4.

ORDERED:

The case is DISMISSED. The hearing set for August 9, 2019, is VACATED.

DATED this 8th day of August, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge